Eric J. Gravel
Attorney Bar No. 256672
LAW OFFICES OF GRAVEL & ASSOCIATES
2285 S. El Camino Real
San Mateo, CA 94404

Attorney for Debtors
Pedro Alexander Hernandez-Panameno and
Olivia Hernandez-Panameno

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bk. No. 12-30794 |
| PEDRO ALEXANDER HERNANDEZ-PANAMENO<br>OLIVIA HERNANDEZ-PANAMENO | CHAPTER 13<br><br>Judge: Hon. Thomas E. Carlson<br>Date: May 21, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>Courtroom 23<br>San Francisco, CA 94104 |
| Debtors. | Trustee: David Burchard<br><br>**NOTICE OF MOTION TO IMPOSE SANCTIONS ON RICHMOND AUTO SALES FOR VIOLATION OF THE AUTOMATIC STAY (VEHICLE REPOSSESSION)** |

TO THE HONORABLE COURT, THE TRUSTEE AND ALL CREDITORS, PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that on May 21, 2012, at 9:30 a.m., or as soon thereafter as the matter can be heard, at 235 Pine Street, Courtroom 23, San Francisco, CA 94104, Eric J. Gravel (hereafter referred to as "Attorney"), attorney of record for Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno ("Debtors"), will respectfully request this Court to order that the repossession by Richmond Auto Sales be deemed void and in violation of the automatic stay; and such other and further relief as the Court may deem just

and proper; and for the imposition of sanctions against Richmond Auto Sales for violation of the automatic stay.

PLEASE TAKE FURTHER NOTICE that the Motion is available for inspection and copying at the Office of the Clerk of the United States Bankruptcy Court for the Northern District of California, located at 235 Pine Street, San Francisco, CA 94104. In addition, written request for copies of the Motion and documents in support thereof may be directed to: Eric J. Gravel, 2285 S. El Camino Real, San Mateo, CA 94404.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed with the Court and served on Attorney for the Movants at least fourteen (14) calendar days prior to the hearing date, as set forth in Local Rule 9014-1 of the Local Rules of Practice, promulgated by the United States Bankruptcy Court for the Northern District of California. Opposition shall be accompanied by evidence establishing its factual allegations. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. Written opposition shall be filed with the Clerk of the United States Bankruptcy Court at the following address:

> Clerk of the United States Bankruptcy Court
> 235 Pine Street, 19th Floor
> San Francisco, CA 94104

Written opposition must also be served on the U.S. Trustee at 235 Pine Street, 7th Floor, San Francisco, CA 94104.

PLEASE TAKE FURTHER NOTICE that the hearing on this Motion may be continued from time to time, without further written notice to parties in interest, if the continued date and time of the hearing is announced in open Court at the originally scheduled hearing date.

DATED: April 17, 2012                    /s/ Eric J. Gravel
                                         ERIC J. GRAVEL
                                         Attorney for Debtors

# PROOF OF SERVICE BY CERTIFIED MAIL

I declare as follows:

I am employed in the County of San Mateo. I am over the age of eighteen years and not a party to the above referenced case. My business address is 2285 S. El Camino Real, San Mateo, CA 94404. On April 17, 2012, I served the attached:

(1) **NOTICE OF MOTION TO IMPOSE SANCTIONS ON RICHMOND AUTO SALES FOR VIOLATION OF THE AUTOMATIC STAY (VEHICLE REPOSSESSION)**

(2) **MOTION TO IMPOSE SANCTIONS ON RICHMOND AUTO SALES FOR VIOLATION OF THE AUTOMATIC STAY (VEHICLE REPOSSESSION)**

(3) **DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO IMPOSE SANCTIONS**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, BY CERTIFIED MAIL, in the United States Postal Service at San Mateo, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 17, 2012, at San Mateo, California.

DATED: April 17, 2012

/s/ Cion Rael
Cion Rael

RICHMOND AUTO SALES
Attn: Mayet Farooq Qassim
436 23rd Street
Richmond, CA 94804
Via Certified Mail

David Burchard
Chapter 13 Trustee
PO Box 8059
Foster City, CA 94404
Via ECF

Office of the United States Trustee

| | |
|---|---|
| 1 | 235 Pine St, 7th Floor |
| | San Francisco, CA 94104 |
| 2 | Via ECF |