1  5:30

LE VIEWS:

**Olivia Hernandez Panameno**
Hermano descule que no pude ir el viernes, mi hijo y mi esposo estuvieron enfermos y con calentura y no pude ir pero te lo comunico a usted porke yo se que Raj y Faru hablan contigo y no quiero que te culpen para nada estoy en processo de Bancarrota por motivo de mi seguro social que me lo robaron ya de hace unos años atras y desidimos hacer esto para aclarar todo el credito malo ke esta en mi record estoy haciendo el capitulo 13 y eso es un plan de pago incluyi el caro en ese plan para pagar lo mas rapido so los pago no van a veni por parte mio sino por parte del corte te lo comunico para ke faru sepa no es mi entencion de no pagar sino ke me aconsejo el abogado que tengo ke no le pagara directament sino ke dejara ke el corte lo haciera asi eske los pago no los voy hacer yo dirrectament con Faru van a venir por parte del corte.

e my co... 20+
edores
o...

s    20+
rea  20+

March 26

**Montanez Jose**
me puedes llamar ami telefono
dtb

March 26

**Olivia Hernandez Panameno**
hno ya me hablo faru pero no le pude contestar estoy con clientes todo el dia
orita dentro de unos 20 minutos le voy llamar ok hno perdoname

March 26

**Manny Montes OFFICIAL CLUB**
Montanez Jose likes him.
Like

Search

- Alexander Panameno
- Anne Himalin
- Enrrique Ramirez Castillo
- Evelyn Roblero Berdou
- Grace Cattin
- Guztavo Arevalo
- Irene Aguilar
- Jojo Laureano
- Jose Fernando Samayoa
- Keyri Julissa Claros
- Marbella Govea
- Mary Moran
- Melfido Valdez
- Miguel Martinez
- Pata Correa Panameno
- Perla Hernandez
- Rebekah L Hernandez
- Sandy Catalan-Hurtado
- Silvia Irene Panameno
- Stefani Sammy-Janna Hurt...
- Susan Petaja Velasquez
- Tamela Shoemaker
- Yanira Martinez

MORE ONLINE FRIENDS (4)

Case: 12-30794    Doc# 15    Filed: 04/17/12    Entered: 04/17/12 16:55:49    Page 1 of 16

# EXHIBIT H

Case: 12-30794 Doc# 15 Filed: 04/17/12 Entered: 04/17/12 16:55:49 Page 2 of 16



**The West's Largest Independent Tire Dealer**

SOLD TO:
JONATHAN HERRERA
610 ROOSEVELT AVE
REDWOOD CITY CA 94061 2247

473864

ACCT 669 02232    INVOICE 132285

LES SCHWAB TIRE CENTER
260 El Camino Real
San Carlos, CA 94070 2406
650-551-1091  BAR# ARD249041

DATE 01-22-2011    TIME 3:32:22 PM

| SOLD BY | TRANSACTION TYPE | WORK ORDER # | CUSTOMER PO # | LICENSE | MILEAGE | YEAR / MAKE / MODEL | | |
|---|---|---|---|---|---|---|---|---|
| ARIC | CHARGE | 35736 | | 4JHE583 | 229625 | 1991 HONDA ACCORD | | |
| QTY. | PRODUCT CODE | PRODUCT DESCRIPTION | | | | PRICE | FET | AMOUNT |
| | | All Parts New Unless Specified | | | | | | |
| 4 | 95045277 | A90778H42BK 4-100/114.3 17X7" ADR INTERSPEED (BLACK) +42 | | | | 130.67 | | 522.68 |
| 4 | 02601582 | 205/40R-17 80V SS-595 BLACKWALL | | | | 80.62 | | 322.48 |
| 4 | 00695348 | WHEEL SPIN BALANCE | | | | 12.50 | | 50.00 |
| 4 | 00695316 | TUBELESS VALVE STEM | | | | 4.50 | | 18.00 |

"THANK YOU FOR YOUR BUSINESS.  LES SCHWAB RECOMMENDS
RETORQUING ALL LUG NUTS ON YOUR CUSTOM WHEELS WITHIN THE
FIRST FIFTY (50) MILES AFTER ORIGINAL INSTALLATION."

YOUR VEHICLE MAY HAVE A TIRE PRESSURE MONITORING SYSTEM THAT
USES A WARNING LIGHT TO ALERT THE DRIVER OF LOW TIRE
PRESSURE OR SYSTEM FAILURE.  THE TPMS LIGHT MAY ILLUMINATE
AFTER ROUTINE SERVICE AND REQUIRE ADDITIONAL ACTION.  WE
OFFER AND RECOMMEND MONTHLY AIR PRESSURE CHECKS.

WHEELS HAVE BEEN INSTALLED AND TORQUED TO
MANUFACTURER'S SPECIFICATION.

WHEEL POSITIONS SERVICED:
ALL-AIR SET TO 35 PSI

SERVICED BY: ANTHONY

Parts:  863.16    Labor:  50.00

NOTICE: The following conditions apply to all sales except where Seller issues a written warranty.
SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER MFRS. EXPRESS AND IMPLIED WARRANTIES, BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES. SPECIAL AND CONSEQUENTIAL DAMAGES FOR LES SCHWAB MFRD. PRODUCTS EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
Purchaser acknowledges having received the goods described above and having read and received a copy of the Security Agreement and Warning (when applicable) contained on the reverse side hereof.

PURCHASER X

| | |
|---|---|
| SALES TAX | 79.84 |
| TIRE TAX | 7.00 |
| TOTAL | 1000.00 |

CUSTOMER COPY

Case: 12-30794    Doc# 15    Filed: 04/17/12    Entered: 04/17/12 16:55:49    Page 3 of 16

EXHIBIT I

4/10/2012

Law Offices of Eric J. Gravel

2285 S. El Camino Real

San Mateo, CA 94403

Attn:   Mayet Farooq Qassim
         Richmond Auto Sales
         436 23rd Street
         Richmond, CA 94804

RE:    Olivia Hernandez Panameno
        Bankruptcy Case 12-30794

## **NOTICE OF VIOLATION OF AUTOMATIC STAY IN BANKRUPTCY CASE 12-30794, NORTHERN DISTRICT OF CALIFORNIA**

Dear Mr. Qassim:

      As you know from our conversation and from the numerous notices sent to you by mail and fax, we represent Olivia Hernandez Panameno in the Chapter 13 bankruptcy case #12-30794 filed in the Northern District of California on March 13, 2012.  The Chapter 13 repayment plan includes payments to be made to Richmond Auto Sales for the 2006 Scion XB automobile purchased by our client from your dealership on February 8, 2012.

      Mr.  Qassim, you have chosen to disregard the law and repossessed our client's car on April 7, 2012, even before the first payment was due in our client's Chapter 13 repayment plan and after you had received the March payment in the amount of $390.  You already had attempted to repossess it on in clear violation of the automatic stay on March 15, 2012.  You were told on that day that doing so would violate the automatic stay and you relented after our office spoke to you at length, explaining the rules of bankruptcy and faxing you the petition for good measure.  Each time we communicate with you, we advise you that it is illegal for you to repossess a car without first asking for a court order terminating the automatic stay.  Each time, you tell us that you don't know and you don't care.   In addition to the regular notice by mail

sent by the bankruptcy court and the numerous conversations with your office, we faxed you a copy of the chapter 13 petition 12-30794 no less than 4 times at two different fax numbers provided by your office: once on March 15, 2012, and three times on March 30, 2012. We have proof of all our communications with you. During yesterday's conversation, you told me that you do not have an attorney and you advise me to "do whatever you want, I am keeping the car".

THIS LETTER IS TO ADVISE YOU TO RETURN THE SCION XB AUTOMOBILE TO MS. OLIVIA HERNANDEZ PANAMENO WITHIN 24 HOURS OR WE WILL FILE A MOTION FOR SANCTIONS IN THE BANKRUPTCY COURT, asking for actual damages, emotional distress damages, punitive damages and attorney fees. You know the bankruptcy case number, you know it is a Chapter 13, you know the law, do not tell me again that you don't know anything. If you have an attorney, please let me have his name and phone number immediately.

Regards,

Eric J. Gravel

Law Offices of Eric J. Gravel
2285 S. El Camino Real
San Mateo, CA 94403
Tel: (650) 931-6000
Fax: (888) 418-3655

Sent by fax (510) 965-9559    and 510-965-9557    on 4/10/12
Sent by FedEx:         798270299803         on 4/10/12

2

EXHIBIT J

# Track

Won't be around for delivery? Have us hold your shipments for pickup.
See options ›

FedEx Tracking: Learn more about the new features.
View demo ›

## Obtain Signature Proof of Delivery

Help

Proof-of-delivery details appear below; however, no signature is currently available for this FedEx Express® shipment. Please check again later for a signature.

### Shipment Information

| | | | |
|---|---|---|---|
| **Tracking number:** | 798270299803 | **Ship date:** | Apr 10, 2012 |
| **Status:** | Delivered | **Weight:** | 0.5 lbs/0.2 kg |
| **Signed for by:** | J.JOSE | **Delivery location:** | RICHMOND, CA |
| **Service type:** | First Overnight Envelope | **Delivery date:** | Apr 11, 2012 |

**Account number**

If account number is not entered or it does not match the shipper or third party payor account number, then only limited SPOD information will be provided.

### Your next step

- (•) View/print letter (no signature)
- ( ) E-mail letter (no signature)
- ( ) Fax letter (no signature)
- ( ) Make a new request

Continue >>

**Please note:**
If you have any questions about this shipment, please contact us.

© FedEx 1995-2012



# EXHIBIT K

# RICHMOND AUTO SALES

436 23rd STREET, RICHMOND, CA 94804

Tel: 510-965-9577 Fax: 510-965-9559


April 11th, 2012


Dear Mr. Gravel:

We are in receipt of your letter dated 04/10/2012 accusing us of violating rules of automatic stay in bankruptcy in the case of Olivia Hernandez Panameno. We would like to make it clear that we do at all agree with the fallacious accusations that you have made against us and are very disheartened to note that despite all our goodwill and high level of customer service, your client has decided to use such means to communicate with us.

Your client, Olivia Hernandez Panameno, had our automobile 2006 Scion XB repossessed from her due to our inability to assign a financial institution willing to finance the vehicle to her. We have in our records a signed and dated agreement confirming that your client had indeed understood and agreed to this clause in our sales contract. By repossessing the aforementioned automobile, we acted in both letter and spirit of the Retail Installment Sales Contract. Furthermore, we were not sent any notification about your client filing a Chapter 13 bankruptcy either by your office, your client or the Court. Your client has not made any payments to us for the vehicle apart from the down payment of $3,000.00 for the automobile in question. In your letter you claimed that we had received a payment of $390.00 for the month of March, this is absolutely false.

You further made claims of having contacted us regarding your clients filing of Chapter 13 through mail, fax and telephone. With all due respect Mr. Gravel, these are lies. Our communication with your office began after we had repossessed the automobile from your client. You claim that we have acted against the rule of law by repossessing the automobile which you claim has an automatic stay on it. Mr. Gravel, how can we be in violation of any such law when we found out about it after the vehicle was repossessed due to financial institutions not willing to finance your client? In fact, we had made multiple requests to your client to return the vehicle and take back her down payment. Each time, she made false promises to come and return the automobile.

Mr. Gravel, our firm has a proven track record of providing exceptional customer service in not just selling used cars but also providing excellent after sales services. We tried our very best to do the same for your client, Olivia Hernandez Panameno. However, despite knowing that a bankruptcy filing was imminent, your client still decided to attempt to purchase this vehicle from our dealership.

Nonetheless, as further goodwill gesture from our part, we are willing to refund the down payment your client made for the aforementioned vehicle. However, we will be charging her for the repossession fee incurred totaling $600.00, receipt enclosed. Please find enclosed a check for the sum of $2,400.00. Since the vehicle title was never transferred to your clients name and we have refunded the down payment, we consider this sale void.

We understand that these must be difficult times for your client and we wish her the very best in her pursuits.

Best Regards,

Farooq Q. Mayet

Richmond Auto Sales

# 841096

| CUSTOMER'S ORDER NO. | DEPARTMENT USE CAR DEPT | DATE 4/8/12 |
|---|---|---|

**NAME** Richmond Auto Sales
**ADDRESS** 436 23RD ST, Richmond.
**CITY, STATE, ZIP** California 94804

| SOLD BY | CASH | C.O.D. ✓ | CHARGE | ON ACCT. | MDSE RETD | PAID OUT $40 |
|---|---|---|---|---|---|---|
| Furux | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | MAKE TOYTA | | |
| 2 | MDL. SCION 4DR | | |
| 3 | YR 2006 | | |
| 4 | LIC # 5PWK086 | | |
| 5 | VIN# JTLKT324760486621 | | |
| 6 | | | |
| 7 | Repossission | $600 | 00 |
| 8 | ADVANCE 40 | | |
| 9 | OBN. OLIVA HERNANDEZ BAL $560 | | |
| 10 | 205. Rollin RD APT 1 | | |
| 11 | Burlincam CA. 94010-2653 | | |
| 12 | TOTAL BAL $560 | | 00 |
| 13 | W/S Thank You | | |

CHK. 1682 $560

**RECEIVED BY**

adams 5805    **KEEP THIS SLIP FOR REFERENCE**

# EXHIBIT L

# RICHMOND AUTO SALES

436 23rd STREET, RICHMOND, CA 94804

Tel: 510-965-9577 Fax: 510-965-9559

April 11th, 2012

Dear Ms. Panameno,

This is to inform you that our automobile, 2006 Scion XB which you attempted to purchase on February 8th, 2012 has been repossessed from you due to the following reasons:

- We were unable to get financial institutions to finance your purchase;
- We did not receive the necessary paperwork from you despite your promises and our many requests;
- Despite our many requests for you to return the vehicle to us, you failed to furnish our vehicle back to us.

Now that we are in possession of the aforementioned vehicle, we have refunded the down payment you provided to us with the repossession fee deducted. We have sent the check for the sum of $2,400.00 to your lawyer's office, namely, Law Office of Eric J. Gravel on 2285 S. El Camino Real, San Mateo, CA 94403.

We regret that we couldn't find a financial institution to finance your purchase but would like to thank you for choosing Richmond Auto Sales for your business. We wish you best of luck ahead.

Best Regards,

Farooq Q. Mayet

Richmond Auto Sales

EXHIBIT M

**RICHMOND AUTO SALES**
436 23RD ST.
RICHMOND, CA 94804
(510) 965-9577

1694

DATE 04/11/12

11-4288-1210

PAY TO THE ORDER OF: OLIVIA HERNANDEZ PANAMENO     $ 2400.00

TWO THOUSAND FOUR HUNDRED ONLY — DOLLARS

Wells Fargo Bank, N.A.

RICHMOND AUTO SALES

FOR: REFUND OF DOWN PAYMENT

⑈0016944⑈ ⑆121042882⑆ 786192465 7⑈