

Signed and Filed: May 31, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 12-30794 TEC |
| PEDRO ALEXANDER HERNANDEZ-PANAMENO and OLIVIA HERNANDEZ-PANAMENO, | Chapter 13 |
| | Date: July 12, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine St., 23rd Fl. |
| Debtors. | San Francisco, CA |

**ORDER RE MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

On March 13, 2012, Debtors filed the above-captioned chapter 13 case and related bankruptcy schedules. On Schedule D, Debtors listed a secured claim of $12,000 owed to Richmond Auto Sales secured by a 2006 Toyota Scion (the "Vehicle").

On March 15, 2012, a repossession agent of Richmond Auto Sales (the "Agent") went to Mrs. Hernandez-Panameno's place of employment to repossess the Vehicle. While attempting to repossess the Vehicle, the Agent was notified by Eric J. Gravel (Debtors' counsel) that Debtors had filed a bankruptcy case, and that repossession of the Vehicle would violate the automatic stay. The Agent telephoned Farooq Qassim Mayet of Richmond Auto Sales and informed him that Debtors had filed a bankruptcy case. The Agent did not repossess the Vehicle.

ORDER RE MOTION FOR SANCTIONS
RE VIOLATION OF AUTOMATIC STAY      -1-

On March 22, 2012, the Bankruptcy Notification Center mailed a "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" for the above-captioned case to Richmond Auto Sales at 436 23rd Street, Richmond, CA 94804-1625.[1]

On April 7, 2012, Richmond Auto Sales repossessed the Vehicle.

Richmond Auto Sales has never obtained relief from the automatic stay with respect to the Vehicle.

On May 21, 2012, the court held a hearing on Debtors' Motion for Sanctions for Violation of the Automatic Stay (the "Motion for Sanctions"). Eric J. Gravel appeared for Debtors. Farooq Qassim Mayet appeared in pro per.

Upon due consideration, and because Debtors have submitted evidence establishing that Richmond Auto Sales and Farooq Qassim Mayet willfully violated the automatic stay, and because Richmond Auto Sales and Farooq Qassim Mayet have not controverted the evidence submitted by Debtors, the court hereby finds as follows:

(1) Richmond Auto Sales and Farooq Qassim Mayet had actual knowledge of Debtors' chapter 13 bankruptcy on or before March 15, 2012, and all attempts to collect on the debt or repossess the Vehicle after this date were willful violations of the automatic stay under 11 U.S.C. § 362.

(2) Debtors have not submitted any evidence establishing the amount of damages suffered as result of the willful violations of the automatic stay by Richmond Auto Sales and Farooq Qassim Mayet, and the hearing on the Motion for Sanctions is continued as follows:

---

[1] This is the same address that Richmond Auto Sales and Farooq Qassim Mayet listed on top of their pleading filed in opposition to Motion for Sanctions. See Docket no. 21.

**ORDER RE MOTION FOR SANCTIONS
RE VIOLATION OF AUTOMATIC STAY** -2-

(a) On or before June 15, 2012, Debtors shall file and serve declarations executed under penalty of perjury that establish the amount of damages suffered as a result of the willful violations of the automatic stay by Richmond Auto Sales and Farooq Qassim Mayet.

(b) On or before June 29, 2012, Richmond Auto Sales and Farooq Qassim Mayet shall file and serve: (i) objections (if any) to Debtors' evidence; (ii) declarations executed under penalty of perjury regarding the amount of damages suffered by Debtors; and (iii) a notice regarding their intent to cross examine Debtors' witnesses.

(c) **If Richmond Auto Sales and Farooq Qassim Mayet fail to file a notice regarding their intent to cross examine Debtors' witnesses on or before June 29, 2012, they waive their right to cross examine Debtors' witnesses, and the witnesses' appearance at the hearing on July 12, 2012 at 9:30 a.m. is not required.**

(d) The court will hold a continued hearing on the Motion for Sanctions on July 12, 2012 at 9:30 a.m.

**\*\*END OF ORDER\*\***

## Court Service List

Olivia Hernandez-Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Pedro Alexander Hernandez-Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Richmond Auto Sales
Attn: Farooq Qassim Mayet
436 23rd Street
Richmond, CA 94804