3

Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403

Attorney for Pedro Alexander Hernandez-Panameno and Olivia  Hernandez-Panameno

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.  12-30794 |
| PEDRO  ALEXANDER  HERNANDEZ-PANAMENO | CHAPTER 13 |
| | Judge:  Hon. Thomas E. Carlson<br>Date:    July 12, 2012 |
| OLIVIA  HERNANDEZ-PANAMENO | Time:    9:30 a.m.<br>Place:   235 Pine Street<br>Courtroom 23 |
| Debtors | San Francisco, CA 94104 |
| | **DECLARATION OF PATRICIA CORREA** |

I,  Patricia  Correa,  am  the  responsible  managing  officer  and  owner  of  BAY  AREA LANDSCAPE CONTRACTORS, and, if called as a witness, could testify competently to the following facts, which are all within my personal knowledge.

1. On Monday April 2, 2012, I held a job interview with Pedro Panameno for labor work on our next project.  We were looking forward to having Pedro on our team since he came highly recommended from another fellow landscaper, J & J Landscaping.  We offered Mr. Panameno a job on our next project.

2. The job consisted of the following activities: a) digging irrigation ditches; b) debris cleanup/hauling; c) tree and bush trimming; d) laying sod; e) material pick-up from Home Depot / Lowes.

//

3. Mr. Panameno stated that he had reliable transportation and that he could work overtime if needed. His pay rate would begin at $18.00/hr plus overtime (if necessary). He would begin on the 9th of April, the starting date of our next landscaping project.

4. On April 9th, I received a telephone call from Pedro stating that he was unable to fill the position he was hired for due to complications with his transportation. We agreed to hold the position for Pedro for a few days so he could figure out his mode of transportation.

5. On the third day, Pedro called and gave up his position on the grounds that his wife's vehicle had been repossessed and that she had to use his truck to get to work. Mr. Panameno stated that his wife was the primary source of support for their family.

6. The project that we planned to hire Pedro for lasted 11 weeks. We hired another worker to replace Pedro.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 13, 2012

/s/ *Patricia Correa*
Patricia Correa