3

Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403

Attorney for Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>PEDRO ALEXANDER HERNANDEZ-PANAMENO<br><br><br>OLIVIA HERNANDEZ-PANAMENO<br><br>Debtors | Case No. 12-30794<br><br>CHAPTER 13<br><br>Judge: Hon. Thomas E. Carlson<br>Date: July 12, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>       Courtroom 23<br>       San Francisco, CA 94104<br><br>**DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF APPROVAL OF ATTORNEY FEES** |
|---|---|

I, Eric Gravel, am the Debtors' attorney in the above-captioned matter, and, if called as a witness, could testify competently to the following facts, which are all within my personal knowledge.

1. The number of hours and services rendered in the matter of the Violation of the Automatic by Richmond Auto Sales in this case are as follows:

| **Name** | **Position** | **Hourly Rate** | **Number of Hours** | **Total Fees** |
|---|---|---|---|---|
| Eric Gravel | Attorney | $300 | 14.75 | $ 4,425.00 |
| Cion Rael | Paralegal | $150 | 3.05 | $    457.50 |

//

2. The above hourly rate is based upon my retainer agreement with Debtors, which provides for hourly fees of $300 for matters outside the usual scope of Chapter 13 bankruptcy proceedings.

3. Attached as Exhibit A to this declaration is a detailed listing of my time entries and description of services by myself and my staff through June 13, 2012. The enries account for each tenth of an hour spent defending Debtors against the violation of the automatic stay in this case.

4. The attorney fees charged in this matter are appropriate and reasonable considering the issues involved, the briefing required and the experience of the attorney involved.

5. A willful violation of the automatic stay under section 362(k) of the Bankruptcy Code is one committed knowingly; no malice need be shown (*In re Johnson*, 501 F.3d 1163 (10th Cir. 2007) (no specific intent to violate stay necessary). In willful violation cases, section 362(k) provodes for actual damages, costs and attorney fees as well as, if appropriate, punitive damages (*In re Ocasio*, 272 B.R. 815 (B.A.P. 1st Cir. 2002) (ratio of 9-to-1 between punitive damages and compensatory damages was not excessive; *In re Panek*, 402 B.R. 71, 77 (Bankr. D. Mass. 2009) ($10,000 in punitive damages awarded against creditor that failed to cooperate in returning debits to debtor's bank account that continued after bankruptcy was filed); *In re Shade*, 261 B.R. 213 (Bankr. C.D. Ill. 2001) (punitive damages may be awarded even if there are no compensatory damages); Emotional distress damages are also available (*In re Dawson*, 390 F.3d 1139 (9th Cir. 2004).

Accordingly, I respectfully request that this Court enter an Order approving attorney fees regarding the violation of the automatic stay by Richmond Auto Sales and Farooq Qassim

Mayet in the amount of $5,032.50, and I join Debtors in praying for punitive and emotional damages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 13, 2012

/s/ *Eric J. Gravel*
Eric J. Gravel
Attorney for Debtors

EXHIBIT A

**Law Offices of Eric J Gravel**
**2285 South El Camino Real**
**San Mateo, CA 94403**


Invoice submitted to:
Pedro and Olivia Hernandez-Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

June 13, 2012

<u>Professional Services</u>

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 03/15/2012 | Defense of attempted repossession | 0.50<br>300.00/hr | 150.00 |
| 04/9/2012 | Research law re: motion for violation of automatic stay.<br>Rulings research | 2.25<br>150.00/hr | 337.50 |
| | Meeting with Debtors re: facts and events leading to repossession of vehicle. | 0.80<br>150.00/hr | 120.00 |
| | Meeting with Debtors re: Emotional and financial impact of violation | 0.50<br>300.00/hr | 150.00 |
| | Telcon with Farooq Qassim Mayet | 0.10<br>300.00/hr | 30.00 |
| 4/10/2012 | Letter to Richmond Auto Sales/ Farooq Qassim Mayet | 0.80<br>300.00/hr | 240.00 |
| | Drafting of the Motion to Impose Sanctions for Violation of the Automatic Stay. Case law. 11 USC 362. | 4.50<br>300.00/hr | 1350.00 |
| 4/11/2012 | Review of Motion to Impose Sanctions for Violation of the Automatic Stay | 0.40<br>300.00/hr | 120.00 |
| 4/12/2012 | Review of letter from Richmond Auto Sales. | 0.30<br>300.00/hr | 90.00 |
| 4/16/2012 | Review of Motion to Impose Sanctions for Violation of the Automatic Stay | 0.40<br>300.00/hr | 120.00 |
| 4/17/2012 | Final revision of motion<br>Ready to file. | 0.50<br>300.00/hr | 150.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 5/10/2012 | Review with Debtors, Richmond Auto Sales' reply to the Motion to Impose Sanctions for Violation of the Automatic Stay | 0.50<br>300.00/hr | 150.00 |
| 5/21/2012 | Hearing on Motion, travel | 1.25<br>300.00/hr | 525.00 |
| 6/08/2012 | Preparation Declarations of Debtors and Correa re: Damages from repossession. Review | 3.00<br>300.00/hr | 900.00 |
| 6/12/2012 | Preparation Declarations re: Damages Review | 1.50<br>300.00/hr | 450.00 |
| 6/13/2012 | Damages from repossession. Final Review Ready to file | 0.50<br>300.00/hr | 150.00 |

For professional services rendered

17.80      $5,032.50

Balance due      $5,032.50