Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403

Attorney for Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PEDRO ALEXANDER HERNANDEZ-PANAMENO<br><br><br>OLIVIA HERNANDEZ-PANAMENO<br><br>, debtors | Case No. 12-30794<br><br>CHAPTER 13<br><br>Judge: Hon. Thomas E. Carlson<br>Date: July 12, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>       Courtroom 23<br>       San Francisco, CA 94104<br><br>**DECLARATION OF DEBTORS IN SUPPORT OF SANCTIONS AGAINST RICHMOND AUTO SALES FOR VIOLATION OF THE AUTOMATIC STAY; DECLARATION OF PATRICIA CORREA; DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF APPROVAL OF ATTORNEY FEES** |

## PROOF OF SERVICE BY MAIL

I declare as follows:

I am employed in the County of San Mateo. I am over the age of eighteen years and not a party to the above referenced case. On June 13, 2012, I served the attached:

**(1) DECLARATION OF DEBTORS IN SUPPORT OF SANCTIONS AGAINST RICHMOND AUTO SALES FOR VIOLATION OF THE AUTOMATIC STAY**

**(2) DECLARATION OF PATRICIA CORREA**

**(3) DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF APPROVAL OF ATTORNEY FEES**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Postal Service at San Mateo, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on the following date at San Mateo, California.

Dated: June 13, 2012

/s/ Cion Rael
Cion Rael
2285 South El Camino Real
San Mateo, CA 94403


Pedro Alexander Hernandez–Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Olivia Hernandez–Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Richmond Auto Sales
Attn: Farooq Qassim Mayet
436 23rd Street
Richmond, CA 94804