FAROOQ QASSIM MAYET
RICHMOND
436 23rd Street
Richmond, CA 94804
Tel (510) 965-9577
Fax (510) 965-9559

IN PRO PER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PEDRO ALEXANDER HERNANDEZ-PANAMENO

OLIVIA HERNANDEZ-PANAMENO

Debtors.

Bk. No.: 12-30794

CHAPTER 13

DECLARATION OF FAROOQ QASSIM MAYET IN SUPPORT OF RICHMOND AUTO SALES' OBJECTIONS TO DEBTORS' DECLARATION AND TO DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF APPROVAL OF ATTORNEY FEES

Judge: Hon. Thomas E. Carlson
Date: July 12, 2012
Time: 9:30 a.m.
Place: 235 Pine Street
Courtroom 23
San Francisco, CA 94104

I, Farooq Qassim Mayet, submit the following declaration in support of Richmond Auto Sales' Objections to Debtors' Declaration and Declaration of Debtors' Attorney In Support of Approval of Attorney Fees.

1. On or about June 2, 2012, I received the Court's Order re Motion for Sanctions for Violation of the Automatic Stay, Docket No. 28.

2. Upon receipt of the Order, I marked the following three dates on my calendar:

A) June 15, 2012, the due date for Debtors to file and serve their declaration establishing the amount of damages;

Declaration of Farooq Qassim Mayet

B) June 29, 2012, the due date for Richmond Auto Sales to file its objections to Debtors' evidence; and

C) July 12, 2012 at 9:30 a.m., date and time for the hearing.

3. Declaration of Debtors In Support Of Sanctions Against Richmond Auto Sales For Violation of The Automatic Stay and Declaration of Debtors' Attorney In Support of Approval of Attorney Fees were <u>never</u> served or received by Richmond Auto Sales.

4. Not having received any of the documents ordered by the Court for Debtors to file and serve, on or about June 18, I requested a friend who has access to PACER to check the Court docket for the status of the filing of the declaration. I was able to confirm through PACER that Debtors and their attorney did file declarations and a Proof of Service on June 13, 2012 and obtain a copy of the two declarations and the Proof of Service.

5. To this date, both Richmond Auto Sales and myself have not been served a copy of the declarations.

I declare under penalty of perjury that the foregoing is true to the best of my personal knowledge and I can competently testify to these facts.

Executed on this 29th day of June, 2012, in Richmond, California.

FAROOQ QASSIM MAYET