

Signed and Filed: July 19, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-30794 TEC |
| PEDRO ALEXANDER HERNANDEZ-PANAMENO and OLIVIA HERNANDEZ-PANAMENO, | Chapter 13 |
| | Date: September 11, 2012 |
| | Time: 9:30 a.m. |
| | Ctrm: Hon. Thomas E. Carlson |
| | 235 Pine Street, 23rd Fl. |
| Debtors. | San Francisco, California |

**ORDER SETTING CONTINUED EVIDENTIARY HEARING**

Due to the court's unavailability, and upon due consideration, the court hereby orders as follows:

(1) The evidentiary hearing on Debtors' Motion for Sanctions for Violation of the Automatic stay (the "Motion for Sanctions") scheduled to be heard on July 12, 2012 at 9:30 a.m. has been vacated.

(2) The court will hold a continued evidentiary hearing on the Motion for Sanctions on September 11, 2012 at 9:30 a.m.

(3) This order does not enlarge the deadlines specified in the Order Re Motions for Sanctions for Violation of the Automatic

ORDER SETTING CONTINUED
EVIDENTIARY HEARING

```
 1  Stay [Docket No. 28].
 2                          **END OF ORDER**
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**ORDER SETTING CONTINUED**
**EVIDENTIARY HEARING**

1 | **<u>Court Service List</u>**

2

3 Pedro Alexander Hernandez-Panameno
905 Rollins Rd. Apt #1
4 Burlingame, CA 94010

5 Olivia Hernandez-Panameno
905 Rollins Rd. Apt #1
6 Burlingame, CA 94010

7 Richmond Auto Sales
Attn: Farooq Qassim Mayet
8 436 23rd Street
Richmond, CA 94804

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28