3

Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403

Attorney for Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 12-30794 |
|---|---|
| PEDRO ALEXANDER HERNANDEZ-PANAMENO | CHAPTER 13 |
| OLIVIA HERNANDEZ-PANAMENO | Judge: Hon. Thomas E. Carlson<br>Date: September 11, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>Courtroom 23<br>San Francisco, CA 94104 |
| Debtors | **SUPPLEMENTAL DECLARATION OF DEBTORS' ATTORNEY IN SUPPORT OF AWARD OF DAMAGES** |

I, Eric Gravel, am the Debtors' attorney in the above-captioned matter, and, if called as a witness, could testify competently to the following facts, which are all within my personal knowledge.

1. Both the California Motor Vehicle Code of Regulations and Bankruptcy Code § 362(k) exist in part to deter commercial enterprises dealing with the general public, including used car dealerships, from preying on the underprivileged.

2. Here, the sale of the Scion motor vehicle to Joint Debtor took place on February 8, 2012. According to the California Code of Regulations, (Vol. 17), Title 13, Motor Vehicles, Richmond Auto Sales had a duty to notify DMV of the sale within five days: "When selling a vehicle, dealers and lessor-retailers shall, no later than the end of the fifth calendar day, not counting the date of sale, give written notice of the transfer by sending the stub of the

carbon copy (notice of sale) to the DMV headquarters in Sacramento.  Application and fees are due to the department within 20 days of the date of sale for a new vehicle or 30 days for a used vehicle." (Guide for Licensed Vehicle Dealers and Lessor Retailers, DMV, OL40 Rev. 12/2009).  Neither Richmond Auto Sales nor Farooq Qassim Mayet reported the sale to DMV.  As a result, Debtors did not display license plates on their vehicle for six months.

3. On July 6, 2012, Joint Debtor took time off from her work and went to the Department of Motor Vehicles.  There she was told that (1) the registered owner was a person residing in Stockton, and (2) the lienholder was San Francisco Toyota (Exhibit A).  Because there was a lien still attached to the vehicle, it was not possible for Joint Debtor to register it.

4. Debtors were stopped by the San Mateo Police Department on three occasions for not having license plates on the vehicle they purchased from Richmond Auto Sales.  On July 26, 2012, on the third such occasion, Joint Debtor was cited and paid a fine of $314 for the offense.

5. On August 6, 2012, the license plates were finally delivered to Debtors' front door.

6. Throughout debtors' ordeal, Richmond Auto and Farooq Qassim Mayet did as little as they could get away with.  They were not interested in consummating the sale they made to Debtors unless it was under terms that can only be described as overly advantageous to Seller: $12,999 at 24.99% yearly for an automobile with an approximate suggested retail value, in excellent condition, of $9,823 (Kelley Blue Book).  When that advantage came into jeopardy, Seller did not report the sale to DMV and willfully violated the automatic stay on several occasions, as previously described.  Only when Debtors' counsel expanded considerable energy reversing the unlawful repossession did Seller decide that the law was something they should probably comply with.  The conduct by Seller was fraudulent in that it was likely to deceive members of the public, and did in fact deceive one such member.

7. As previously stated, in willful violation cases, section 362(k) provides for actual damages, costs and attorney fees as well as, if appropriate, punitive damages (*In re Ocasio*, 272 B.R. 815 (B.A.P. 1st Cir. 2002) (ratio of 9-to-1 between punitive damages and compensatory damages was not excessive; *In re Panek*, 402 B.R. 71, 77 (Bankr. D. Mass. 2009) ($10,000 in punitive damages awarded against creditor that failed to cooperate in returning debits to debtor's bank account that continued after bankruptcy was filed); *In re Shade*, 261 B.R. 213 (Bankr. C.D. Ill. 2001) (punitive damages may be awarded even if there are no compensatory damages); Emotional distress damages are also available (*In re Dawson*, 390 F.3d 1139 (9th Cir. 2004).

Accordingly, I respectfully join Debtors in praying for punitive and emotional damages in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 5, 2012

/s/ *Eric J. Gravel*
Eric J. Gravel
Attorney for Debtors

# EXHIBIT A

```
F004   F00 A IE8 P VF004 PCVS    593188C4   41 VF001       0 070612 1602 VDAP
                *** H Q   R E S P O N S E   S I N G L E   H I T ***
   LICENSE NO: 5RWK086   LAST 3 POS VIN: 621   MAKE: TOYT      BTM: UT
+-----REGISTERED OWNER---------++-----LIENHOLDER---------------+
|                              ||SAN FRANCISCO TOYOTA          | RCID: 10/27/10
|                              ||3800 GEARY BLVD               | OCID: 12/09/11
|       SHILOH PL              ||                              |
| STOCKTON         95219       ||SAN FRANCISCO     94118       |EXP DT: 12/02/11
+------------------------------++------------------------------+
        OFF ID:       WK DT:           EMP ID:       SEQ#:         TTC:
     STATUS:                   REASON:                         DATE:
     CHECK#:                   AMOUNT:
   REG SUSP:
        STATUS BYPASS CODE-         DESTINATION-          CHANGE TTC-
                    PREJUDGEMENT LIEN SATISFIED-

               ENTER       RDF       SUSP       RESTART       CANCEL
NRL ON FILE
```

TO OBTAIN A TITLE OR REGISTRATION CARD, MAIL THE ATTACHED DOCUMENTS AND REQUESTED ITEMS TO: DMV, PO BOX 942869, SACRAMENTO, CA 94269-0001. PENALTIES ARE DUE IF RENEWAL FEES ARE PAID AFTER THE EXPIRATION DATE. PLANNED NON-OPERATION (PNO) REQUESTS MUST BE SUBMITTED WITHIN 90 DAYS OF THE EXPIRATION DATE (ON OR BEFORE THE EXPIRATION DATE FOR OFF-HIGHWAY VEHICLES) OR ALL FEES AND PENALTIES ARE DUE. FOR A DMV OFFICE APPOINTMENT, GO ONLINE AT WWW.DMV.CA.GOV OR CALL 1-800 777-0133.

CALIFORNIA OWNERSHIP CERTIFICATE OR
APPLICATION FOR DUPLICATE WITH THE
APPROPRIATE FEE.
\* \* \*

A LIEN SATISFIED IS
REQUIRED FROM
SAN FRANCISCO TOYOTA
\* \* \*

COMPLETE REG 156

593 070612 C4
0042 F00 11
5RWK086 621

DEALERS REPORT OF SALE

\* \* \*

ADDITIONAL FEE OF $ 312.00 IS DUE FOR
REG/TRANSFER
\* \* \*

REPORT OF
DEPOSIT
OF FEES
PAGE 1 OF 1



\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \*

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| TOYT | 2006 | 2005 | CZ | 2012 | 120 | 11 | 5RWK086 |

| BODY TYPE MODEL | MP | MO | | | | | VEHICLE/VESSEL ID NUMBER |
|---|---|---|---|---|---|---|---|
| UT | G | TU | | | | | JTLKT324764048621 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC |
|---|---|---|---|---|
| AUTOMOBILE | 07/06/12 | 41 | 07/06/12 | 0 |

RDF REASONS: 3 I Z Z 4

HERNANDEZPANAMENO OLIVIA
R 905 ROLLINS RD 1
/
O

BURLINGAME
CA                94010

AMOUNT PAID
$NFEE

AMOUNT DUE        AMOUNT RECVD
$ 312.00   CASH :
           CHCK :
           CRDT :
ADJUST-UNDER   :   312.00

L
/
O

PR EXP DATE: 12/02/2011

Case: 12-30794   Doc# 42   Filed: 09/05/12   Entered: 09/05/12 14:13:33   Page 6 of 6

593 C4 0000000 0042 CS 070612   5RWK086 621