Alexis D. Malone
Law Office of Alexis D. Malone
333 Gellert Blvd. Suite 209
Daly City, CA 04015
Tel: 650-755-7000
Fax: 650-745-4252
adm@lexilaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| In re: IN RE:<br><br>MICHAEL C. BURWELL-CALLERO, aka, Michael C. Burwell, aka Michael Burwell<br><br>and<br><br>KATHLEEN E. BURWELL CALLERO aka Kathleen E. Callero, aka Kathleen E. Barnes | Chapter 7 SJ<br><br>Case No.: 09-61448<br><br>NOTICE OF HEARING REGARDING MOTION FOR CONTMEPT AND DAMAGES AGAINST BANK OF AMERICA, N.A. DOING BUSINESS AS BANK OF AMERICA HOME LOAN SERVICING LP, BAYVIEW LOAN SERVICING LLP AND FOR DECLARATORY AND INJUNCTIVE RELIEF |

TO THE BANK OF AMERICA, N.A. DOING BUSINESS AS BANK OF AMERICA HOME LOAN SERVICING, LP AND TO BAYVIEW LOAN SERVICING, LLP and all other interested parties:

NOTICE IS HEREBY GIVEN that on June 13, 2012 at 2:00 pm or as soon thereafter as the matter may be heard in Courtroom 3099 of the above-entitled court located at 280 South First Street, San Jose, CA 95113 that Debtors MICHAEL C. BURWELL-CALLERO and KATHLEEN E. BURWELL-CALLERO will move for an order for contempt, damages, declaratory and injunctive relief against BANK OF AMERICA, N.A. AND BAYVIEW FINANCIAL, LLP.

NOTICE OF MOTION TO REOPEN - 1

The motion shall be heard on 28 day notice. Any opposition to this motion if necessary shall be in writing and shall be serviced and filed 3iththe court by the responding party at least fourteen (14) calendar days prior to the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing factual allegations. Without good cause , no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed.

Dated:   This the 10 day of May, 2012

Law Office of Alexis D. Malone
*/s/Alexis D. Malone*
Alexis D. Malone
Attorney for Debtors
333 Gellert Blvd., Suite 209
Daly City, CA 94015

COURT SERVICE LIST

Chief Operating Officer D. Ertal
 Bayview Financial Loan
4425 Ponce De Leon Blvd. 4th Floor
Coral Gables, FL 33146
CERTIFIED

OFFICER: Bank of America, N.A.
C2551762
150 N.College Street
NC1-028-17-06
Charlotte, NC 28255
CERTIFIED

OFFICER Bank of America, N.A
450 American Street #SV416
Simi Valley, CA 930065
CERTIFIED

OFFICER Bank of America Home Loans Servicing LP
PO Box 515503
Los Angeles, CA 90051
CERTIFIED

Michael and Kathleen Burwell-Callero
3200 Lori Court
Roseville, CA 95747

NOTICE OF MOTION TO REOPEN - 3