UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: IN RE:  
  MICHAEL C. BURWELL-CALLERO, aka, Michael C. Burwell, aka Michael Burwell  
    and  
  KATHLEEN E. BURWELL CALLERO aka Kathleen E. Callero, aka Kathleen E. Barnes

Chapter 7 SJ

Case No.: 09-61448

**PROOF OF SERVICE**

I, Douglas S. Waugh, declare that I am a resident of or employed in the County of San Mateo. My address is 333 Gellert Blvd., suite 209, Daly City, CA 94015. I am over the age of 18 and not a party to this case.

On May 11, 2012, I served NOTICE OF HEARING ON MOTION, MOTION FOR CONTEMPT, DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF PLUS EXHIBITS on the interested parties this action by placing a true copy thereof in sealed envelope as follows:

Chief Operating Officer D. Ertal  
Bayview Financial Loan  
4425 Ponce De Leon Blvd. 4th Floor  
Coral Gables, FL 33146  
CERTIFIED

OFFICER: Bank of America, N.A.  
C2551762  
150 N.College Street  
NC1-028-17-06  
Charlotte, NC 28255  
CERTIFIED

OFFICER Bank of America, N.A  
450 American Street #SV416  
Simi Valley, CA 930065  
CERTIFIED

OFFICER Bank of America Home Loans Servicing LP  
PO Box 515503  
Los Angeles, CA 90051  
CERTIFIED

Michael and Kathleen Burwell-Callero  
3200 Lori Court  
Roseville, CA 95747

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 11, 2012.

*/s/ Douglas S. Waugh*  
Douglas S. Waugh

POS

POS

Case: 09-61448    Doc# 44    Filed: 05/11/12    Entered: 05/11/12 04:59:49    Page 2 of 2