3

Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403

Attorney for Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 12-30794 |
|---|---|
| PEDRO ALEXANDER HERNANDEZ-PANAMENO | CHAPTER 13 |
| | Judge: Hon. Thomas E. Carlson<br>Date: October 26, 2012<br>Time: 9:30 a.m. |
| OLIVIA HERNANDEZ-PANAMENO | Place: 235 Pine Street<br>Courtroom 23 |
| Debtors | San Francisco, CA 94104 |
| | **DECLARATION OF DEBTORS REGARDING BALANCE DUE ON CAR LOAN** |

Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno declare as follows:

1. We are the Debtors in the above captioned matter. We have personal knowledge of the following facts which we believe to be true and accurate. If called as witnesses, we could and would so testify.

2. We purchased an automobile from Richmond Auto Sales on February 8, 2012, for $12,999.00 plus tax and fees.

3. After making a down payment of $3,000, the balance due on our car loan contract at the time of purchase was $11,663.85 (Exhibit A – Purchase Contract).

4. The Purchase Contract called for monthly payments of $386.67, based on an annual interest rate of 24.99%. Upon the advice of Richmond Auto Sales, we paid them an

1  additional $390 in cash on February 8 as advance for the March installment while
2  Richmond looked for a lender to underwrite our loan.  In our excitement to get a new car,
3  we did not obtain a receipt for the $390 payment.
4  5. We have made payments totaling $1,500.66 to the Chapter 13 Trustee in this case and our
5  plan is current.  The deadline to file a proof of claim for all non-governmental creditors was
6  July 25, 2012.  Richmond Auto Sales filed a proof of claim on August 10, 2012.  The
7  Chapter 13 Trustee has made disbursements of $720.31 to our unsecured creditors but
8  none to Richmond Auto Sales thus far.
9  6. Our attorney's office contacted Farooq Qassim Mayet at Richmond Auto Sales on October
10  19, 2012.  Mayet agreed with the balance of $11,663.85 but denied having received the
11  $390 March cash payment from us.
12  7. In summary:

|  |  |
|---|---|
| Purchase Price | $ 12,999.00 |
| Sales Tax | 1,146.60 |
| Fees to Richmond | 105.00 |
| Fees to Public Officials | 405.00 |
| Smog | 8.25 |
| Total | $ 14,663.65 |
|  |  |
| Feb. 8 Payment | 3,000.00 |
| Feb. 8 Payment | 390.00 |
| Trustee disbursements to Richmond | 0.00 |
| Total Payments | 3,390.00 |
|  |  |
| Balance due on car loan: | $ 11,273.65 |

We note that the estimated license and registration fee on the purchase contract is $405.00 while the actual fee paid by Richmond Auto Sales to DMV is $312.00, a difference of $93 (Exhibit B).

We declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.  Executed on <u>October 22, 2012</u>

<u>/s/ *Pedro Alexander Hernandez-Panameno*</u>
Pedro Alexander Hernandez-Panameno


<u>/s/ *Olivia Alexander Hernandez-Panameno*</u>
Olivia Alexander Hernandez-Panameno

EXHIBIT A

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number _____  R.O.S. Number 42413147  Stock Number 10102

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| OLIVIA HERNANDEZ<br>905 ROLLINS RD. APT. 1<br>BURLINGAME CA 94010<br>SAN MATEO  (650) 921-3482 |  | RICHMOND AUTO SALES<br>436 23RD ST.<br>RICHMOND CA, 94804 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2006 | SCION XB | 93553 | JTLKT324764048621 | ☒ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 3000.00 is |
|---|---|---|---|---|
| 24.99 % | $ 6896.31 (e) | $ 11663.85 | $ 18560.16 (e) | $ 21560.16 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A |  |
| One Payment of | N/A |  |
| 47 Payments | 386.67 | Monthly, Beginning 03/09/12 |
| One Final Payment | 386.67 | 02/09/16 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories  $ 12999.00 (A)
     1. Cash Price Vehicle  $ 12999.00
     2. Cash Price Accessories  $ N/A
     3. Other (Nontaxable)
        Describe _____  $ N/A
        Describe _____  $ N/A
   - B. Document Preparation Fee (not a governmental fee)  $ 55.00 (B)
   - C. Smog Fee Paid to Seller  $ 50.00 (C)
   - D. (Optional) Theft Deterrent Device (to whom paid) THEFT DETERRE  $ N/A (D)
   - E. (Optional) Theft Deterrent Device (to whom paid) SURFACE PROTE  $ N/A (E)
   - F. (Optional) Theft Deterrent Device (to whom paid) _____  $ N/A (F)
   - G. (Optional) Surface Protection Product (to whom paid) _____  $ N/A (G)
   - H. (Optional) Surface Protection Product (to whom paid) _____  $ N/A (H)
   - I. Sales Tax (on taxable items in A through H)  $ 1146.60 (I)
   - J. Optional DMV Electronic Filing Fee  $ N/A (J)
   - K. (Optional) Service Contract (to whom paid) _____  $ N/A (K)
   - L. (Optional) Service Contract (to whom paid) _____  $ N/A (L)
   - M. (Optional) Service Contract (to whom paid) _____  $ N/A (M)
   - N. (Optional) Service Contract (to whom paid) _____  $ N/A (N)
   - O. (Optional) Service Contract (to whom paid) _____  $ N/A (O)
   - P. Prior Credit or Lease Balance paid by Seller to
        NA  $ N/A (P)
        (see downpayment and trade-in calculation)
   - Q. (Optional) Gap Contract (to whom paid) _____  $ N/A (Q)
   - R. (Optional) Used Vehicle Contract Cancellation Option Agreement  $ N/A (R)
   - S. Other (to whom paid) _____  $ N/A (S)

## STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | Mos. $ N |
| $ N/A Ded. Collision | | Mos. $ N |
| Bodily Injury $ N/A Limits | | Mos. $ N |
| Property Damage $ N/A Limits | | Mos. $ N |
| Medical NA | | Mos. $ N |
| NA | | Mos. $ N |
| Total Vehicle Insurance Premiums | | $ N (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _(signed)_
Co-Buyer X _(signed)_
Seller X _(signed)_

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N Mos. | | $ N/A |
| Credit Disability | N Mos. | | $ N/A |
| Total Credit Insurance Premiums | | $ N/A (b) |

Insurance Company Name _____
NA
Home Office Address NA
NA

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY

Case: 12-30794   Doc# 49   Filed: 10/22/12   Entered: 10/22/12 14:51:26   Page 5 of 9

|   |   |   |
|---|---|---|
| B. Document Preparation Fee (not a governmental fee) | $ | 55.00 (B) |
| C. Smog Fee Paid to Seller | $ | 50.00 (C) |
| D. (Optional) Theft Deterrent Device (to whom paid) THEFT DETERREN | $ | N/A (D) |
| E. (Optional) Theft Deterrent Device (to whom paid) SURFACE PROTEC | $ | N/A (E) |
| F. (Optional) Theft Deterrent Device (to whom paid) | $ | N/A (F) |
| G. (Optional) Surface Protection Product (to whom paid) | $ | N/A (G) |
| H. (Optional) Surface Protection Product (to whom paid) | $ | N/A (H) |
| I. Sales Tax (on taxable items in A through H) | $ | 1146.60 (I) |
| J. Optional DMV Electronic Filing Fee | $ | N/A (J) |
| K. (Optional) Service Contract (to whom paid) | $ | N/A (K) |
| L. (Optional) Service Contract (to whom paid) | $ | N/A (L) |
| M. (Optional) Service Contract (to whom paid) | $ | N/A (M) |
| N. (Optional) Service Contract (to whom paid) | $ | N/A (N) |
| O. (Optional) Service Contract (to whom paid) | $ | N/A (O) |
| P. Prior Credit or Lease Balance paid by Seller to NA (see downpayment and trade-in calculation) | $ | N/A (P) |
| Q. (Optional) Gap Contract (to whom paid) | $ | N/A (Q) |
| R. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ | N/A (R) |
| S. Other (to whom paid) For | $ | N/A (S) |
| **Total Cash Price** (A through S) | $ | 14250.60 (1) |

2. **Amounts Paid to Public Officials**
   - A. License Fees — Estimate $ 390.00 (A)
   - B. Registration/Transfer/Titling Fees $ 15.00 (B)
   - C. California Tire Fees $ N/A (C)
   - D. Other $ N/A (D)
   - **Total Official Fees** (A through D) $ 405.00 (2)

3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b) $ N/A (3)

4. ☐ **Smog Certification** or ☐ **Exemption Fee Paid to State** $ 8.25 (4)

5. **Subtotal** (1 through 4) $ 14663.85 (5)

6. **Total Downpayment**
   - A. Agreed Trade-In Value   Yr _____ Make _____ $ N/A (A)
     Model _____ Odom _____
     VIN _____
   - B. Less Prior Credit or Lease Balance $ N/A (B)
   - C. Net Trade-In (A less B) (indicate if a negative number) $ N/A (C)
   - D. Deferred Downpayment $ N/A (D)
   - E. Manufacturer's Rebate $ N/A (E)
   - F. Other $ N/A (F)
   - G. Cash $ 3000.00 (G)
   - **Total Downpayment** (C through G) $ 3000.00 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1P above)

7. **Amount Financed** (5 less 6) $ 11663.85 (7)

---

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: NA
Amount $ NA  Finance Charge $ NA
Total $ NA  Payable in installments of $ NA . $ NA
from this Loan is shown in item 6D.

---

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

---

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

---

Credit Disability _N_ Mos. _____ $ _N/A_
Total Credit Insurance Premiums $ _N/A_ (b)
Insurance Company Name
   NA
Home Office Address   NA
   NA

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

02/08/2012  X [signature]   33
Date        Buyer Signature  Age

02/08/2012  X _____
Date        Co-Buyer Signature  Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1Q of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _NA_ Mos. _NA_
              Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X [signature]

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1K,1L, 1M, 1N, and/or 1O.

1K Company _____
Term _NA_ Mos. or _NA_ Miles
1L Company _____
Term _____ Mos. or _____ Miles
1M Company _____
Term _____ Mos. or _____ Miles
1N Company _____
Term _____ Mos. or _____ Miles
1O Company _____
Term _____ Mos. or _____ Miles
Buyer X [signature]

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Case: 12-30794    Doc# 49    Filed: 10/22/12    Entered: 10/22/12 14:51:26    Page 6 of 9

| 7. Amount Financed (5 less 6) | $ 11653.87 (7) |
|---|---|

| SELLER ASSISTED LOAN |
|---|
| BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN. |
| Proceeds of Loan From: NA |
| Amount $ NA  Finance Charge $ NA |
| Total $ NA  Payable in NA |
| installments of $ NA . $ NA |
| from this Loan is shown in item 6D. |

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

| 1L Company _____ |
| Term _____ Mos. or _____ Miles |
| 1M Company _____ |
| Term _____ Mos. or _____ Miles |
| 1N Company _____ |
| Term _____ Mos. or _____ Miles |
| 1O Company _____ |
| Term _____ Mos. or _____ Miles |
| Buyer X _[signature]_ |

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _[signature]_
Co-Buyer Signs X

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
X _[signature]_     X
Buyer              Co-Buyer

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year ____. SELLER'S INITIALS ____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X _[signature]_     X

**Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund the difference to you. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund due from the Seller.
Buyer Signature X _[signature]_     Co-Buyer Signature X

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X _[signature]_     Co-Buyer Signature X

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _[signature]_   Date 2/08/12   Co-Buyer Signature X _____ Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X _____ Address _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____ Date _____   Guarantor X _____ Date _____
Address _____              Address _____

Seller Signs _[signature]_  Date 2/08/12  By X RAJ SINGH  Title FINANCE

LAW® FORM NO. 553-CA-ARB (REV. 1/10) U.S. PATENT NO. D460,782
©2010 The Reynolds and Reynolds Company. TO ORDER: www.reysource.com, 1-800-344-0996, fax 1/800-531-9055

Filed: 10/22/12  Entered: 10/22/12 14:51:26  Page 7 of 9
CUSTOMER/TRUTH IN LENDING COPY

EXHIBIT B

THIS VALIDATED REGISTRATION CARD OR A FACSIMILE COPY IS TO BE KEPT WITH THE VEHICLE FOR WHICH IT IS ISSUED. THIS REQUIREMENT DOES NOT APPLY WHEN THE VEHICLE IS LEFT UNATTENDED. IT NEED NOT BE DISPLAYED. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IF YOU DO NOT RECEIVE A RENEWAL NOTICE, USE THIS FORM TO PAY YOUR RENEWAL FEES OR NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE PLANNED NON-OPERATIONAL STATUS (PNO) OF A STORED VEHICLE. RENEWAL FEES MUST BE PAID ON OR BEFORE THE REGISTRATION EXPIRATION DATE OR PENALTIES WILL BE DUE PURSUANT TO CALIFORNIA VEHICLE CODE SECTIONS 9552 - 9554.

EVIDENCE OF LIABILITY INSURANCE FROM YOUR INSURANCE COMPANY MUST BE PROVIDED TO THE DEPARTMENT WITH THE PAYMENT OF RENEWAL FEES. EVIDENCE OF LIABILITY INSURANCE IS NOT REQUIRED WITH REGISTRATION RENEWAL OF OFF-HIGHWAY VEHICLES, TRAILERS, VESSELS, OR IF YOU FILE A PNO ON THE VEHICLE.

WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.

************** DO NOT DETACH - REGISTERED OWNER INFORMATION **************



S-1/129

M  13365    9-10-08    B5972845

REGISTRATION CARD VALID FROM: 12/02/2011 TO: 12/02/2012

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| TOYT | 2006 | 2005 | CZ | 2012 | 120 | 11 | ███367 |

| BODY TYPE MODEL | MP | MO | | | | | VEHICLE ID NUMBER |
|---|---|---|---|---|---|---|---|
| UT | G | TU | | | | | ███8621 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| AUTOMOBILE | 07/27/12 | 41 | 07/27/12 | 2 | F1947466 |

PR EXP DATE: 12/02/2011

REGISTERED OWNER  
HERNANDEZ OLIVIA  
905 ROLLINS RD APT 1

AMOUNT DUE        AMOUNT RECVD  
$ 312.00   CASH :  
           CHCK :  
           CRDT :

AMOUNT PAID  
$ 312.00

BURLINGAME  
CA        94010

LIENHOLDER  
RICHMOND AUTO SALES  
436 23RD ST

RICHMOND  
CA        94804

Case: 12-30794   Doc# 49   Filed: 10/22/12   Entered: 10/22/12 14:51:26   Page 9 of 9