```
1  FAROOQ QASSIM MAYET
   RICHMOND AUTO SALES
2  436 23rd Street
   Richmond, CA  94804
3  Tel (510) 965-9577
   Fax (510) 965-9559
4
   IN PRO PER
5
```

**FILED**

**OCT 22 2012**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Bk. No.: 12-30794 |
|---|---|
| PEDRO ALEXANDER HERNANDEZ-PANAMENO | CHAPTER 13 |
| OLIVIA HERNANDEZ-PANAMENO | **RESPONSE TO COURT ORDER** |
| Debtors. | Judge: Hon. Thomas E. Carlson<br>Date: October 26, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>Courtroom 23<br>San Francisco, CA  94104 |

Pursuant to the Court's Order dated October 10, 2012, Richmond Auto Sales respectfully submits the attached Exhibit A as its calculation of the balance due on the vehicle purchased by Joint Debtor, Olivia Hernandez.

Dated: October 22, 2012

_____
FAROOQ QASSIM MAYET
RICHMOND AUTO SALES

# EXHIBIT A

2006 Scion XB

| Date | Description | Amount Charged | Credit | Balance |
|---|---|---|---|---|
| 02/28/12 | Vehicle Price | 12,999.00 | | 12,999.00 |
| 02/28/12 | Document Preparation Fee | 55.00 | | 13,054.00 |
| 02/28/12 | Smog Fee | 50.00 | | 13,104.00 |
| 02/28/12 | Official Fees | 405.00 | | 13,509.00 |
| 02/28/12 | Smog Certification Fee | 8.25 | | 13,517.25 |
| 02/28/12 | Sales Tax | 1,146.60 | | 14,663.85 |
| 02/28/12 | Down Payment by Debtors | | (3,000.00) | 11,663.85 |
| 02/28/12 | Balance Due in Cash | | | **11,663.85** |
| 02/28/12 | Total Financing Charges | 6,896.31 | | **18,560.16** |

PAYMENT HISTORY

| Date | Description | Amount Charged | Credit | Balance |
|---|---|---|---|---|
| 03/09/12 | March 2012 Payment Due | 386.67 | | 386.67 |
| 04/09/12 | April 2012 Payment Due | 386.67 | | 773.34 |
| 04/11/12 | Down Payment Refunded to Debtor | 2,400.00 | | 3,173.34 |
| 05/01/12 | Credit for dealership's Possession of the Vehicle from 04/09 to 04/30 22 days @12.89 per day | | 283.58 | 2,889.76 |
| 05/09/12 | May 2012 Payment Due | 386.67 | | 3,276.43 |
| 06/09/12 | June 2012 Payment Due | 386.67 | | 3,663.10 |
| 07/09/12 | July 2012 Payment Due | 386.67 | | 4,049.97 |
| 08/09/12 | August 2012 Payment Due | 386.67 | | 4,436.44 |
| 09/09/12 | September 2012 Payment Due | 386.67 | | 4,823.11 |
| 10/09/12 | October 2012 Payment Due | 386.67 | | 5,209.78 |
| | Payoff Due On 11/09/12 | 10,256.68 | | 15,466.46 |

## CERTIFICATE OF SERVICE

My business address is 436 23rd Street, Richmond, CA 94804.

On October 22, 2012, I served true copies of the following document(s):

**RESPONSE TO COURT ORDER**

on the interested parties in this action as follows:

Eric J. Gravel
Law Offices of Gravel and Associates
2285 S. El Camino Real
San Mateo, CA 94403

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2012, at Richmond, California.

FAROOQ QASSIM MAYET