

Signed and Filed: December 10, 2012

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PEDRO ALEXANDER HERNANDEZ-PANAMENO and OLIVIA HERNANDEZ-PANAMENO,<br><br>                Debtors. | Case No: 12-30794 TEC<br><br>Chapter 13 |

**ORDER RE MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

On October 27, 2012, the court held a continued hearing on Debtors' Motion for Sanctions for Violation of the Automatic Stay. Eric J. Gravel appeared for Debtors. Farooq Qassim Mayet appeared <u>in pro per</u>. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby grants the motion as follows:

(1) Farooq Qassim Mayet and Richmond Auto Sales shall promptly deliver to Debtors title to the 2006 Scion xB (VIN JTLKT324764048621) free and clear of any liens or encumbrances.

(2) Farooq Qassim Mayet and Richmond Auto Sales are jointly and severely liable to Debtors in the sum of $6,000, and commencing December 2012 shall make monthly payments of $500 until this liability is extinguished.

(3) Farooq Qassim Mayet and Richmond Auto Sales may elect to make any of the following lump-sum payments (less any amount previously paid to Debtors pursuant to this order) in full satisfaction of the liability specified in paragraph (2) of this order:

    (A) $5,000 on or before December 31, 2012;

    (B) $5,250 on or before March 31, 2013;

    (C) $5,500 on or before June 30, 2013; or

    (D) $5,750 on or before September 30, 2013.

(4) All payments should be made by cashier's check or money order payable to the order of Pedro Alexander Hernandez-Panameno and Olivia Hernandez-Panameno and mailed to Law Offices of Gravel and Associates, 2285 S. El Camino Real, San Mateo, CA 94403.

**\*\*END OF ORDER\*\***

## Court Service List

Olivia Hernandez-Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Pedro Alexander Hernandez-Panameno
905 Rollins Rd. Apt #1
Burlingame, CA 94010

Richmond Auto Sales
Attn: Farooq Qassim Mayet
436 23rd Street
Richmond, CA 94804