In re:

Chapter 13
Case No. 12-30794

PEDRO ALEXANDER HERNANDEZ-PANAMENO
OLIVIA HERNANDEZ-PANAMENO

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: RICHMOND AUTO SALES
CLAIM NO: 11

Debtors                                          /

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| *Richmond Auto Sales | $18,560.00 | 08/10/12 |
| *Attn: Farooq Qassim Mayet, Owner | | |
| *436 23rd Street | | |
| *Richmond, CA 94804 | | |

The basis for the objection is that the claim:
___  duplicates claim no. _____ filed on _____ by _____.
___  does not include a copy of the underlying judgment.
___  does not include a copy of the security agreement and evidence of perfection.
___  fails to assert grounds for priority.
___  does not include a copy of the assignment(s) upon which it is based.
___  appears to include interest or charges accrued after the filing of this case on _____.
___  is not timely filed.
__X__  is disallowed as per judgment rendered against claimant _____

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___  allowed as a secured claim in the amount of:           $_____.
___  allowed as an unsecured claim in the amount of:     $_____.
___  allowed as a priority claim in the amount of:           $_____.
__X__  disallowed in its entirety
___  _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the
requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one
(21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or
memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a
timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;
and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party,
and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.
Dated:**12/18/12**                              ___/s/ Eric J. Gravel_____
                                                           Attorney for Objecting Party
DEBTOR(S') ADDRESS:                          *Eric J. Gravel
*Pedro and Olivia Hernandez-Panameno        *2285 S. El Camino Real
*905 Rollins Rd. Apt #1                       * San Mateo, CA 94403
* Burlingame, CA 94010                        * Telephone:  650-931-6000

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case.  My business address is:   2285 S. El Camino Real, San Mateo, CA
94403      .  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail,
postage pre-paid, at    San Mateo            , California, on the date noted below and addressed to the Claimant above, and on those
listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare,
under penalty of perjury, that the foregoing is true and correct.
Dated:     12/18/12            at     San Mateo          , California.   /s/ Cion Rael _____
*                                              *                                  *
*                                              *                                  *

Rev. 1/2010