Entered on Docket
September 16, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Edward G. Schloss (# 102858)
3637 Motor Ave Ste 220
Los Angeles, CA 90034
Tel: 310-733-4488
Fax: 310-836-4888
Email: <egs2@ix.netcom.com>
B23857

**The following constitutes
the order of the court. Signed September 16, 2013**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

Attorneys for Respondent
Bayview Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA--SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL C. BURWELL-CALLERO, a.k.a. Michael C. Burwell, a.k.a. Michael Burwell<br><br>and<br><br>KATHLEEN BURWELL-CALLERO, a.k.a. Kathleen Callero, a.k.a. Kathleen Barnes | Case No: 09-61448-SLJ<br>Chapter 7<br><br>**ORDER DENYING DEBTORS' SECOND MOTION FOR CONTEMPT**<br><br>Hearing Date: September 11, 2013<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 3099<br><br>Honorable Stephen L. Johnson |

Debtors Michael C. Burwell-Callero and Kathleen Burwell-Callero (hereinafter "Debtors") SECOND "Motion for Contempt Against Respondent Bayview Loan Servicing LLP for Violation of Debtor's Discharge came on regularly for noticed hearing on September 11, 2013 at 2:00 p.m. in Courtroom 3099 of this Court, the Honorable Stephen L. Johnson, presiding.

Respondent Bayview Loan Servicing, LLC appeared by counsel Edward G. Schloss. Debtors appeared by counsel Alexis Malone.

1
ORDER DENYING DEBTORS' SECOND MOTION FOR CONTEMPT

After review of the Court's records, and pleadings, the arguments of counsel made at the hearing, and upon the basis of the findings made by the Court on the record at the hearing, the Court rules as follows:

IT IS ORDERED THAT the Debtors' Second Motion for Contempt Against Respondent Bayview Loan Servicing, LLC for Violation of Debtors' Discharge is hereby denied without prejudice, with leave to amend.

**End of Order**

**COURT SERVICE LIST**

Z:\orders\Burwell-Callero.opp 2nd mot contempt.ORDER.B23857.doc